No. 87–947. OKUN BROTHERS SHOE STORE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 87–950. RED LAKE BAND OF CHIPPEWA INDIANS ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–958. PENNSYLVANIA ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–961. BEGAY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–966. ISMAILI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–972. SCHARRER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–1026. STOKES *v.* UNIVERSITY OF TENNESSEE AT MARTIN. Ct. App. Tenn. Certiorari denied.

No. 87–1053. PERLMUTTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–1164. TERPSTRA *v.* FORD MOTOR CREDIT CO. Ct. App. Ind. Certiorari denied.

No. 87–1177. BURLINGTON NORTHERN JOINT PROTECTIVE BOARD, BROTHERHOOD RAILWAY CARMEN DIVISION, TRANSPORTATION COMMUNICATIONS UNION *v.* BURLINGTON NORTHERN RAILROAD CO. ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1178. TRIPLE-A BASEBALL CLUB ASSOCIATES ET AL. *v.* NORTHEASTERN BASEBALL, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 87–1182. RASCHICK *v.* PRUDENT SUPPLY, INC., ET AL. C. A. 8th Cir. Certiorari denied.